SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant U.S. Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3691
    Telefax:    (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

07-70360    WDB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. |
| Plaintiff, | ) |
| v. | ) NOTICE OF PROCEEDINGS ON |
| | ) OUT-OF-DISTRICT CRIMINAL |
| ROBBIN MICHAEL WAGNER, | ) CHARGES PURSUANT TO RULES |
| | ) 5(c)(2) AND (3) OF THE FEDERAL RULES |
| Defendant. | ) OF CRIMINAL PROCEDURE |
| | ) |
| | ) |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on June 20, 2007, the above-named defendant was arrested  based upon an arrest

warrant (copy attached) issued upon an

    ☐ Indictment
    ☐ Information
    ☐ Criminal Complaint
    x  Other (describe)   <u>Supervised Release Violation</u>

pending in the _____<u>Middle</u>_____ District of <u>Florida</u>, Case Number <u>5:06-Cr-23-Oc-GRJ</u>.

1    In that case, the defendant is charged with a violation(s) of Title(s) 18  United States Code,
2    Section(s) 228(a)(1) .
3    Description of Charges: _____ Willful Failure to Pay Child Support .
4
5    PENALTIES: 6 months imprisonment; $5,000 fine; 1 year supervised release; $10 special
6    assessment
7
8                                          Respectfully Submitted,
9                                          SCOTT N. SCHOOLS
10                                         UNITED STATES ATTORNEY
     Date: ____ 6.21.07
11                                         MAUREEN C. BESSETTE
12                                         Assistant U.S. Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        2

PROB 19
(Rev. 5/92)

# United States District Court

for

## Middle District of Florida

U.S.A. vs Robbin Michael Wagner

Docket No. 5:06-Cr-23-Oc-GRJ

TO:[1] ANY U.S. MARSHAL

### WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | DOB |
|---|---|---|---|
| Robbin Michael Wagner | Male | White | 11/18/1954 |

| ADDRESS (STREET, CITY, STATE) | | | |
|---|---|---|---|
| 931 Grizzly Peak Blvd., Berkeley, California 94708 | | | |

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| UNITED STATES DISTRICT COURT | 08/22/06 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| UNITED STATES DISTRICT COURT, OCALA, FLORIDA |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| SHERYL L. LOESCH<br>Middle District of Florida | | 6-11-07 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

MD/FL 12C
(9/03)

# United States District Court

for

**Middle District of Florida**
**Ocala Division**

### Petition for Warrant or Summons for Offender Under Probation

Name of Offender: Robbin Michael Wagner          Docket Number: 5:06-Cr-23-Oc-GRJ

Name of Sentencing Judicial Officer: The Honorable Gary R. Jones

Date of Original Sentence: August 22, 2006

Original Offense: Wilful Failure to Pay Child Support

Original Sentence: 5 years probation with the following Special Conditions: 1) Serve three (3) months imprisonment; 2) be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer; 3) provide the Probation Officer access to any requested financial information; 4) remain current with all child support obligations as ordered on September 27, 2000 in Marion County, Florida Circuit Court Case Number 98-5585-CA-H; and 5) pay restitution to Dorothy Eva Wagner in the amount of $30,775 for past due child support within six (6) months of the date of judgment.

On January 31, 2007, the sentence was modified as follows: "The offender shall provide the Probation Officer with access to any and all business records, client lists and other records pertaining to the operation of any business owned or controlled, in whole or in part, by the offender, as directed by the Probation Officer, including businesses both within and outside the United States.

The offender shall provide the Probation Officer with the name, address and telephone number of every person or entity from whom he receives monetary compensation, or the promise of monetary compensation, both within and outside of the United States, as directed by the Probation Officer.

The offender shall not engage, as whole or partial owner, employee or otherwise, in any business involving loan programs, telemarketing activities, or any other business involving the solicitation of funds or cold-calls to customers without the expressed approval of the Probation Officer prior to engagement in such employment. Further, the offender shall provide the Probation Officer with access to business records, client lists and other records pertaining to the operation of the business owned, in whole or in part, by the offender, as directed by the Probation Officer."

Type of Supervision: Probation                    Date Supervision Commenced: August 22, 2006

SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT

By: _____
                        Deputy Clerk

MO/FL 12C                                                                Page: 2
(5/97)

Offender: **Wagner, Robbin Michael**
Docket Number: **5:06-Cr-23-Oc-GRJ**
Date Prepared: **June 8, 2007**

Assistant U.S. Attorney: Cynthia A. Hawkins                    Defense Attorney: Rick Carey

## PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following conditions of supervision:

1.    **Failure to Report, in violation of Condition Number Two of the Standard Conditions of Supervision:** On March 1, 2007, the defendant failed to report to the United States Probation Office as was instructed by his probation officer in a letter sent to him while he was in the custody of the Bureau of Prisons.

2.    **Failure to support dependents, in violation of Condition Number Four of the Standard Conditions of Supervision and Special Condition Number Four:** Pursuant to Marion County, Florida Circuit Court Case Number 98-5585-CA-H, the defendant is required to make monthly child support payments to his former wife, Dorothy Eva Wagner, in the amount of $555. During the period from August 22, 2006 through May 2007, the defendant paid $3,885 towards that obligation when, according to his payment schedule, as of May 31, 2007, and not including a payment for August 2006 (the month in which sentence was imposed), $4,995 was due.

3.    **Association with a person convicted of a felony, in violation of Condition Number Nine of the Standard Conditions of Supervision:** Wagner is known to have corresponded, via letters, with inmates of the Federal Correctional Complex at Lompoc, California.

4.    **Association with a person convicted of a felony, in violation of Condition Number Nine of the Standard Conditions of Supervision:** In what was purported to be the March 1, 2007 issue of the "K.I.E.F" (Kids of Inmates Education Fund) newsletter, which was sent to inmates of the Federal Correctional Complex at Lompoc, California, the defendant authored an "Open Letter to Inmates."

5.    **Failure to disclose financial information, in violation of the Special Condition Number Three:** Since September 2006, the defendant has paid $34,660 towards his child support obligations; however, contrary to the directions of the probation officer, he has failed to properly account for the source of those funds.

MD/FL 12C
(3/97)

Page: 3

Offender: **Wagner, Robbin Michael**
Docket Number: **5:06-Cr-23-Oc-GRJ**
Date Prepared: **June 8, 2007**

6.    **Failure to disclose financial information, in violation of the Special Condition Number Three and the additional Special Condition as modified on January 31, 2007:** Contrary to the directions of his probation officer, since his release from imprisonment on February 28, 2007 Wagner has failed to provide the probation officer with business records relating to the "The Mind's Eye Production Co, L.L.C.", of which he is identified as being the Director, Producer and Writer; or any other entity in which he may have a financial interest or from which he may receives monetary compensation. Wagner has additionally failed to properly document his monthly income and expense, and has omitted to properly account for the means by which his and his family's financial needs are being met.

7.    **Engaging in any business involving loan programs, telemarketing activities, or any other business involving the solicitation of funds or cold-calls to customers without the expressed approval of the probation officer prior to engagement in such employment:** Without the expressed and prior approval of the probation officer, the defendant marketed to, and solicited financial investments from, inmates of the Bureau of Prisons, and others, in "K.I.E.F" (Kids of Inmates Education Fund), for which he is purported to be the "National Co-Director", which was partially described as an "early release" program for prisoners who have served at least 10% of their sentence.

8.    **Engaging in any business involving loan programs, telemarketing activities, or any other business involving the solicitation of funds or cold-calls to customers without the expressed approval of the probation officer prior to engagement in such employment:** Without the expressed and prior approval of the probation officer, Wagner marketed for investment, through "The Mind's Eye Production Co, L.L.C." for which he is described as being the Director, Producer and Writer, the film making production of "The Reader."

MC/FL 12C
(9/97)

Page: 4

Offender: Wagner, Robbin Michael
Docket Number: 5;06-Cr-23-Oc-GRJ
Date Prepared: June 8, 2007

U.S. Probation Office Recommendation:

☒    The term of supervision should be

    ☒    revoked

    ☐    extended for  years and  months, for a total term of  years and  months.

☐    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 8, 2007

Richard M. Svendsen
Senior United States Probation Officer

MD/FL 12C
(9/97)

Page: 5

Offender: **Wagner, Robbin Michael**
Docket Number: **5:06-Cr-23-Oc-GRJ**
Date Prepared: **June 8, 2007**

### THE COURT ORDERS

☑   The Issuance of a Warrant

☐   The Issuance of a Summons

☐   No Action

☐   Other

_____
Signature of Judicial Officer

_____June 8, 2007_____
Date