# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

June 28, 2007

<u>VIA FACSIMILE (510) 637-3327</u>
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

**United States v. Robbin Michael Wagner, CR 07-70360 WDB (5:06 Cr-23-Oc-GRJ**
**RE: Request for Copy of Tape from initial appearance on Thursday, June 21, 2007**

Dear Ivy:

I am writing to ask for a copy of the tape from Mr. Wagner's initial appearance before Judge Brazil on Thursday, June 21, 2007, at 10:00 a.m. At that hearing, conditions of release were set for Mr. Wagner, including making his girlfriend his custodian and other conditions. Mr. Wagner would like to have a copy of the tape from that hearing so that he is clear about all of the conditions. He does have a copy of his bond but is requesting a copy of the tape from the hearing as well.

I appreciate your assistance. If there is a problem with this request, please let me know. Thank you.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
/S/

JOYCE LEAVITT
Assistant Federal Public Defender

cc:   Maureen Bessette, AUSA
      Jackie Sharpe, USPO