IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-07-70360 WDB |
| ) | |
| Plaintiff, ) | (Middle District of Florida |
| ) | No. 5:06- CR-23-Oc GRJ) |
| v. ) | |
| ) | ORDER RE: TRANSPORTATION |
| ROBBIN MICHAEL WAGNER, ) | EXPENSES |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, and because the interests of justice are served and the Court is satisfied that the defendant, having previously submitted a financial affidavit and qualified for the services of the Federal Public Defender, is completely unable to provide the necessary transportation,

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Northern District of California shall furnish transportation and subsistence expenses to Robbin Wagner to enable him to travel to Middle District of Florida to appear on Tuesday, July 17, 2007, at 2:00 p.m. before Hon. Magistrate Gary R. Jones, 207 NW 2nd Street, 3rd floor, Ocala, Florida, 34475.

SO ORDERED.

DATED: June 28, 2007

_____
WAYNE D. BRAZIL
United States Magistrate District Judge

*United States v. Wagner*, 4-07-70360 WDB
Order Re: Transportation Expenses