# UNITED STATES DISTRICT COURT

NORTHERN **FILED** District of CALIFORNIA, OAKLAND DIVISION

UNITED STATES OF AMERICA
V.
ROBBIN MICHAEL WAGNER

JUN 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70360-WDB | 5:06-CR-23-Oc-GRJ | 4-07-70360-WDB | 5:06-CR-23-Oc-GRJ |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify) Petition for Warrant for Offender Under Probation Form 12

charging a violation of  Title 18   U.S.C. § 3565

**DISTRICT OF OFFENSE**
United States District Court for Middle District of Florida, Ocala Division

**DESCRIPTION OF CHARGES:**
Probation Violation

**CURRENT BOND STATUS:**

☒ Bail Fixed at $200,000 Unsecured Personal Recognizance (PR) Bond shall be transferred to the District of Offense

☒ Other (specify) On June 21, 2007, the defendant admitted his identity, waived his Identity/Removal Hearing in the District of Arrest.

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language:

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
It is hereby ordered that the defendant must report to the U.S. District Court, Middle Distict of Florida, Ocala Division before Magistrate Judge Gary R. Jones on **Tuesday, July 17, 2007 at 2:00 p.m.**, and when summoned by that District, and to abide by further orders of that Court.

6-28-07
Date

United States Judge or Magistrate Judge WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

*[handwritten margin note: M cc: WDB's stats, copies to parties via ECF, Pretrial, financial, 2 certified to Marshal]*