

UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

July 2, 2007

Office of the Clerk
U.S. District Court, Middle District of Florida
Golden-Cullum Memorial Federal Bldg & U.S. Courthouse
207 N.W. Second Street
Ocala, FL 34475

Case Name:    US-v-Robbin Michael Wagner
Case Number:  4-07-70360-WDB    MDFL #5:06-CR-23-Oc-GRJ
Charges:      18:3565 Violation of conditions of probation

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S.
Magistrate Judge Wayne D. Brazil . The following action has been taken:

()     The U.S. Marshal has been ordered to remove this defendant
       to your district forthwith.
(X)    The defendant has a court appearance in your court on: 7/17/07 @ 2:00PM

Enclosed are the following documents:
original Rule 5 affidavit
certified copy of *AO 94, Commitment to Another District*
Other misc. documents

**Please access the electronic case file for additional pleadings you may need.  See the
attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return
in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office
-----------------------------------------------------------------------------------------
Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
       Deputy Clerk